# Court of Appeals
# of the State of Georgia

ATLANTA, March 11, 2026

*The Court of Appeals hereby passes the following order:*

## A25A2110. TEAM HEALTH, LLC v. COTIVITI, INC.

In an arbitration proceeding, the arbitrator granted Team Health, LLC's request for a subpoena directed at nonparty Cotiviti, Inc. Team Health petitioned the superior court to enforce the subpoena, and Cotiviti filed a motion to quash the subpoena. The superior court granted the motion to quash, concluding, inter alia, that the Georgia statute allowing such a subpoena is preempted by the Federal Arbitration Act.

The Supreme Court has determined that at least some preemption cases invoke its constitutional question jurisdiction, including "where a plaintiff seeks relief based on an argument that preemption precludes the application of an otherwise valid state law in a specific category of cases." *Fox v. Norfolk S. Corp.*, 342 Ga. App. 38, 43 (1) (802 SE2d 319) (2017) (discussing *Babies Right Start, Inc. v. Ga. Dept. of Pub. Health*, 293 Ga. 553, 554 (1) (748 SE2d 404) (2013)). Because the superior court granted the motion to quash the subpoena at issue, it appears that jurisdiction over this appeal may lie in the Supreme Court. Further, the Supreme Court has the ultimate responsibility for determining appellate jurisdiction.

See *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,___03/11/2026_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.